1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

VASTI MARIA DA SILVA,

        Plaintiff,

      v.

GEORGE BUSH ADMINISTRATION, *et al.*,

        Defendants.

Case No.  C06-0007L

ORDER TO SHOW CAUSE

15

16

17

18

      This matter comes before the Court *sua sponte*.  On January 10, 2006, plaintiff, who is proceeding *pro se*, filed her complaint (Dkt. #3) against the "George Bush Administration" and against Seattle Central Community College.

19

20

21

22

23

24

25

      Plaintiff alleges that unknown individuals monitored her classes at Seattle Central Community College, followed her, questioned her, and engaged in other wrongful conduct.  She states that she is filing her complaint pursuant to the Patriot Act. Complaint at p. 12 ("I file a formal complaint against the Patriot Act").  The USA Patriot Act, which amended the International Emergency Economic Powers Act, 50 U.S.C. § 1701 *et seq.*, does not include a private right of action.  Furthermore, the Court was

26

ORDER TO SHOW CAUSE - 1

1  unable to locate any published authority stating that a private right of action exists under

2  the USA Patriot Act.

3          Accordingly, plaintiff is ordered to SHOW CAUSE, within thirty days of the date

4  of this order, why her complaint should not be dismissed for failure to state a claim.

5  Failure to adequately respond may result in the dismissal of plaintiff's case without

6  prejudice.  The Clerk of the Court is directed to place this order to show cause on the

7  Court's calendar for March 17, 2006.

8

9

10         DATED this 13th day of February, 2006.

11

12

13                                          _Mnt S Lasnik_
                                            Robert S. Lasnik

14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26  ORDER TO SHOW CAUSE - 2