UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASTI MARIA DA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE BUSH ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. C06-0007L<br><br>ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte*. On January 10, 2006, plaintiff, who is proceeding *pro se*, filed her complaint against the "George Bush Administration" and against Seattle Central Community College. On February 13, 2006, the Court issued an Order to Show Cause by March 15, 2006 why this case should not be dismissed because plaintiff stated that she was filing her complaint pursuant to the USA Patriot Act but that statute does not include a private right of action.

Plaintiff has not responded to the Order to Show Cause. Accordingly, plaintiff's complaint is DISMISSED for failure to state a claim for which relief can be granted. The Clerk of the Court is directed to enter judgment in favor of defendant and against

ORDER OF DISMISSAL - 1

1 plaintiff.

    DATED this 24th day of March, 2006.


                                    /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge

ORDER OF DISMISSAL - 2